### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES LEWIS HOPKINS**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #185090**

**v.**　　　　　　　　　**Case No. 4:25-cv-01175-LPR-JJV**

**DEXTER PAYNE,**
*Director, ADC*, **et al.**　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

On March 20, 2026, Plaintiff James Lewis Hopkins filed a motion to voluntarily dismiss this *pro se* § 1983 action.[1]　Defense counsel has informed United States Magistrate Judge Joe Volpe's chambers, by e-mail, that Defendants do not object to Plaintiff's Motion.　Accordingly, Plaintiff's Motion to Dismiss (Doc. 19) is GRANTED, and this case is DISMISSED without prejudice.　The pending Partial Recommended Disposition (Doc. 6) is DENIED as moot.　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Mot. to Dismiss (Doc. 19).